UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

OSCAR B. MIRANDA,

Defendant.

CASE NO. 3:15-MJ-05084-DWC

ORDER GRANTING EXTENSION OF TIME FOR COMPETENCY EVALUATION

This matter comes before the Court on Warden C. Ingram's request for an extension of time to complete an evaluation of Defendant, Oscar Miranda's mental competency, pursuant to 18 U.S.C. § 4241(b) and 18 U.S.C. § 4241(b) and (c). Defendant objects to the extension of time.

The Court held a hearing on July 27, 2015, at 12:45 PM, at which Counsel for Defendant, Counsel for the United States, and Counsel for the Bureau of Prisons were present telephonically. Warden C. Ingram was also present telephonically. At the hearing, Warden Ingram presented good cause that additional time is necessary to observe and evaluate the Defendant. Accordingly, the request for an extension through July 30, 2015 pursuant to 18 U.S.C. § 4247(b) is hereby GRANTED.

Dated this 27th day of July, 2015.

David W. Christel
United States Magistrate Judge

ORDER GRANTING EXTENSION OF TIME FOR
COMPETENCY EVALUATION - 1