

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Medical Center*
*P.O. Box 1600*
*Butner, NC 27509*

January 13, 2022

FILED ——— LODGED
——— RECEIVED

FEB 0 1 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ——————————— DEPUTY

Honorable Benjamin H. Settle
U.S. District Judge
1717 Pacific Avenue, Room 3100
Tacoma, Washington 98402

RE:   Miranda, Oscar B
        Reg. No.: 70142-008
        Docket No.: 3:15-cr-05362-BHS-1

Dear Judge Settle:

This letter is to advise you Mr. Oscar B. Miranda, who was ordered to be committed in your court
in the Western District of Washington on August 11, 2015, died at approximately 9:50 a.m. on
Tuesday, January 11, 2022. The cause of death was determined to be Advanced Hepatocellular
Cancer.

Mr. Miranda was committed to the custody of the Attorney General pursuant to the provisions of
Title 18, United States Code Section 4246 (B).

If I can provide any additional information or be of further assistance, please do not hesitate to
contact me.

Sincerely,

T. Scarantino
Complex Warden

cc:

John Robert Carpenter, U.S. Attorney
U.S. Attorney's Office Western District of Washington
1331 Broadway Ste. 400
Tacoma, WA 98402

Monique D. Neal, Chief U.S. Probation Officer
United States Probation Office
1717 pacific Avenue, Room 1310
Tacoma, WA 98402

J. C. Petrucci
Mid-Atlantic Regional Director
Junction Business Park
Federal Bureau of Prisons
302 Sentinel Drive, Suite 200
Annapolis Junction, MD 20701

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Butner, North Carolina 27509*

☑ Federal Medical Center   MH EC
   P.O. Box 1500
☐ Federal Correctional Institution
   P.O. Box 1000
☐ Low Security Correctional Institution
   P.O. Box 999

Official Business

98402-320099

JH NC 275

2b JAN 2022 PM

UNITED STATES POSTAGE
PITNEY BOWES

02 1P        $ 000.53⁰
0000007827   JAN 24 2022
MAILED FROM ZIP CODE 27509

U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300

FILED
LODGED
RECEIVED

FEB 01 2022

BY CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY